UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS C. STOWERS,

    Plaintiff,

vs.                                  Case No. 3:05-cv-251-J-20TEM

JACKSONVILLE AIRPORT
AUTHORITY, City of Jacksonville,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR REMAND

This matter is before the Court on Plaintiff's Motion to Remand (Doc. No. 5, filed on March 31, 2005), to which Defendant has filed a Response in Opposition (Doc. No. 6, filed on April 12, 2005). The sole basis for Plaintiff's Motion to Remand is his contention that Defendant filed its Notice of Removal from state court too late because Defendant filed the Notice more than thirty days after it had received Plaintiff's Motion for Leave to Amend the Complaint and the attached proposed Amended Complaint that added a federal claim of age discrimination, which, Plaintiff claims, first made it ascertainable that the case was removable.

However, had the state court not granted the Plaintiff's Motion for Leave to Amend the federal claim, or had the Plaintiff never filed the Amended Complaint after getting leave to file, the case would not have become removable to federal court. Therefore, until the Amended Complaint was properly filed with the state court's permission granting Plaintiff leave to file it, the case essentially was not yet "removable." Consequently, the Defendant had no choice but to wait for the state court's ruling and approval of the Motion and the actual filing of the Amended Complaint on February 28, 2005, before filing its Notice of Removal. Therefore, the Court finds that the Defendant's Notice of Removal was timely filed because it was filed within thirty days of the filing of the Amended Complaint, in accordance with 28 U.S.C. §1446.

Accordingly, it is hereby:

**ORDERED AND ADJUDGED**:

(1) Plaintiff's Motion to Remand and the request for attorneys' fees and costs contained in the Motion (Doc. No. 5, filed on March 31, 2005) is **DENIED**; and

(2) The parties will proceed with litigation of this case in accordance with the Local Rules and arrange a meeting to prepare a Consolidated Case Management Report.

**DONE AND ORDERED** at Jacksonville, Florida this 17 day of May, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Shawntoyia Grier, Esq.
Derrel Q. Chatmon, Esq., AGC